# United States District Court
## Violation Notice

CVB Location Code: MD U

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7401847 | Streiff | 282 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 10/14/18 20:14 | 18 USC 113(a)(5) | | | |

Place of Offense: Greenbelt Park D Loop

Offense Description: Factual Basis for Charge — 18-0915112 HAZMAT
Assault (simple)
APO

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Flores Guity | Elvis | A |

[redacted personal information]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MA

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

Court Address: _____
Date (mm/dd/yyyy): TBD
Time: TBD

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____, while exercising my duties as a law enforcement officer in the _____ District of _____.

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

MDD Scan OCT 15, 2018 10:12